IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IDRIS ENLOW, | ) | |
| | ) | Civil Action No. 11 - 856 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Chief Magistrate Judge Lisa Pupo Lenihan |
| | ) | |
| JEFFREY A. BEARD, | ) | |
| CORRECTIONAL OFFICER MR. | ) | ECF No. 96 |
| GRAHAM, CORRECTIONAL | ) | |
| OFFICER MR. GRIM, DEPUTY | ) | |
| MAHLMEISTER, DEPUTY RUFFO, | ) | |
| LIEUTENANT YOCUM, MAJOR | ) | |
| SUTTER, MS. BOAL, REGISTER | ) | |
| NURSE MICHAEL KILBERT, SCI- | ) | |
| MERCER, SUPT. HARLOW, | ) | |
| SERGEANT MARSHAL, | ) | |
| SERGEANT STORY, SERGEANT | ) | |
| WYZA, UNIT COUNSELOR MR. | ) | |
| RICKERT, UNIT MANAGER MR. | ) | |
| WAGNER, AND DORINA VARNER | ) | |
| | ) | |
| Defendants. | | |

## ORDER

**AND NOW**, this 23rd day of September, 2013;

**IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No. 96) is **GRANTED**. The Clerk is directed to enter judgment in favor of Defendants.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

1

/s/ Lisa Pupo Lenihan

Lisa Pupo Lenihan  
Chief United States Magistrate Judge

cc: Counsel of Record